Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT
for the

__Western__ District of __Virginia__

__Danville__ Division

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

AUG 1 8 2017

JULIA C. DUDLEY, CLERK
BY: C. Amos
DEPUTY CLERK

__CEDRICK E. Draper__
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

__Virginia Mirror Company and Beverly Riddle__
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. __4:17CV00063__
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☑ No

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Cedrick E. Draper
Street Address: 2229 Yorktown Ave #302
City and County: Lynchburg  Campbell County
State and Zip Code: Virginia  24501
Telephone Number: 276.806.4958
E-mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1

    Name: Virginia Mirror Company

    Job or Title (if known): Defendant Company Registered Agent

    Street Address: 300 Moss Street (W. Christopher Beeler Jr)

    City and County: Martinsville Henry County

    State and Zip Code: Virginia 24112

    Telephone Number: 276 632 9814

    E-mail Address (if known):

Defendant No. 2

    Name: Beverly Riddle

    Job or Title (if known): Human Resource Manager

    Street Address: 300 Moss Street

    City and County: Martinsville Henry County

    State and Zip Code: Virginia 24112

    Telephone Number: 276 632 9816

    E-mail Address (if known):

Defendant No. 3

    Name:

    Job or Title (if known):

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address (if known):

Defendant No. 4

    Name:

    Job or Title (if known):

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address (if known):

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, *(name)* Cedrick Evron Draper, is a citizen of the State of *(name)* Virginia.

2. If the plaintiff is a corporation
   The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an ~~individual~~ CEO worker for the company
   The defendant, *(name)* Beverly Riddle, is a citizen of the State of *(name)* Virginia. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation
   The defendant, *(name)* Virginia Mirror Company, is incorporated under the laws of the State of *(name)* Virginia, and has its principal place of business in the State of *(name)* Virginia. Or is incorporated under the laws of *(foreign nation)* N/A, and has its principal place of business in *(name)* N/A.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, (name) **Cedrick Evron Draper**, and the defendant, (name) **Beverly Riddle**, made an agreement or contract on (date) **May 16th 2017**. The agreement or contract was (oral or written) **oral**. Under that agreement or contract, the parties were required to (specify what the agreement or contract required each party to do)

Plaintiff was required to return to work after his vehicle was repaired. Plaintiff provided a affidavit of facts and under the conversation between the HR, the Plaintiff's reasons and actions by the handbook entitled him to employment when return to work.

The defendant failed to comply because (specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)

HR terminated me on the 17th of May 2017 releasing a document showing that I was terminated on the 8th of May 2017. Plaintiff had work several positions and train new workers within the company and under verbal agreement on communications the circumstances were not as told or agreed upon.

The plaintiff has complied with the plaintiff's obligations under the contract.

The plaintiff reported to work with proof that the vehicle was fix on the day he came back.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

financial obligation = support order financial obligations

Plaintiff was at a loss of earnings, medical bills, obligations, and at a loss in benefits. Plaintiff is seeking $100,000.00 for all stated claims. Plaintiff will settle within terms and mutual conditions. Under judgement plaintiff seeks defined relief or defined damages in the observation of the defined federal question.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/18/2017

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: CEDRICK EURON DRAPER

B.  **For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____